IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNIE D. PARRISH,

    Plaintiff,

v.

TIMOTHY LUNDQUIST,

    Defendant.

ORDER

Case No. 18-cv-352-bbc

On May 16, 2018, I entered an order telling plaintiff Ronnie D. Parrish that before I could consider a request to proceed without prepayment of the filing fee, plaintiff would have to submit a trust fund account statement covering the six-month period preceding the filing of the compliant. Plaintiff has submitted a trust fund account statement for March, 2018. However, a decision regarding plaintiff's indigency status cannot be made at this time because the statement plaintiff has submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

Plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately November 14, 2017 and ending approximately May 14, 2018. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Ronnie D. Parrish may have an enlargement of time until June 28, 2018 to submit a certified trust fund account statement for the period beginning approximately November 14, 2017 and ending approximately May 14, 2018. If, by June 28, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 6th day of June, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge