IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNIE D. PARRISH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

18-cv-352-bbc

v.

TIMOTHY LUNDQUIST,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 7/9/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |